IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Criminal No. 5:12CR50042-001

SEXTUS HARRIS

### FINAL ORDER OF FORFEITURE

On August 31, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States:

1. Taurus, .380 caliber pistol, serial number 11101A,

2. Ruger, 9mm pistol, model P95DC, obliterated serial number,

3. Any ammunition,

pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On October 2, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on August 31, 2012, shall become final at this time.

IT IS SO ORDERED this 7th day of January, 2013.

HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 07 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk